UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FROM CHARLESTON TO BLUEFIELD

**CHRISTOPHER S. MULLINS and
TARA Y. MULLINS,**

        **Plaintiffs,**

v.            **CIVIL ACTION 2:09-0704**
              *to be henceforth known as*
              **CIVIL ACTION 1:09-0704**

**GMAC MORTGAGE, LLC, and
JOHN DOE HOLDER,**

        **Defendants.**

## ORDER

    For reasons appearing to the Court, it is hereby **ORDERED** that the above-styled case be transferred from the Charleston Division of this Court to the Bluefield Division and assigned to the Honorable David A. Faber, United States District Judge. Pro se litigants and non-CM/ECF users are directed to mail all future pleadings for filing to the Beckley point of holding Court at the following address:

    Teresa L. Deppner, Clerk of Court
    United States District Court
    P. O. Box 4128
    Bluefield, WV 24701

    Parties shall also note the change in the office designator code from the number "2" to the number "1" which is the first digit in the civil action number assigned to this case. Pleadings henceforth should bear Civil Action 1:09-cv-0704.

Further, the reference of this civil action to the Honorable Mary E. Stanley, United States Magistrate Judge, pursuant to the Standing Order of this Court entered on August 1, 2006, is withdrawn and discovery matters in this civil action are hereby referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge.

The Clerk is directed to send a copy of this order to Magistrate Judge Stanley, Magistrate Judge VanDervort, counsel of record, and any unrepresented parties.

**ENTER:** July 10, 2009

Joseph R. Goodwin, Chief Judge